# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,  )<br>  )<br>        Plaintiff,  )<br>v.  )<br>  )  Civil Action No. 24-2997 (RBW)<br>DISTRICT OF COLUMBIA  )<br>COURT OF APPEALS, et al.  )<br>  )<br>        Defendants.  )<br>  ) | |

## ORDER

Upon consideration of the Plaintiff's Motion for Preliminary Injunction, ECF No. 11, it is hereby

**ORDERED** that the Plaintiff's Motion for Preliminary Injunction, ECF No. 11, is **DENIED WITHOUT PREJUDICE**. While the plaintiff is proceeding pro se, he is nonetheless an attorney. Indeed, the plaintiff's status as an attorney is fundamental to his claims in this case. The plaintiff, in filing his seventy-page motion for a preliminary injunction, failed to comply with the page limitations set forth in the United States District Court for the District of Columbia Local Civil Rule ("LCvR") 7(e). Specifically, he filed this motion in excess of the page limit without first seeking leave of court to do so. Given that the plaintiff is both an attorney and himself cites to LCvR 65.1 in his motion, the Court concludes that it must deny the plaintiff's motion without prejudice due to its non-compliance with LCvR 7(e).

**SO ORDERED** this 20th day of May, 2025.

REGGIE B. WALTON<br>
United States District Judge