APPEAL,E−FILE,JURY,PROSE−NP,TYPE−F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:24−cv−02997−RBW
## *Internal Use Only*

KLAYMAN v. DISTRICT OF COLUMBIA COURT OF APPEALS et al
Assigned to: Judge Reggie B. Walton
Cause: 42:1983 Civil Rights Act

Date Filed: 10/22/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**LARRY ELLIOT KLAYMAN** represented by **LARRY ELLIOT KLAYMAN**
Freedom Watch, Inc.
2020 Pennsylvania Ave NW
Suite 345
Washington, DC 33433
310−595−0800
Email: leklayman@gmail.com
PRO SE

V.

**Defendant**

**DISTRICT OF COLUMBIA COURT OF APPEALS** represented by **Jessica N. Krupke**
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
400 6th Street NW
Suite 10100
Washington, DC 20001
(202) 727−2125
Fax: (202) 585−0145
Email: jessica.krupke@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BOARD ON PROFESSIONAL RESPONSIBILITY** represented by **Leslie Paul Machado**
O'HAGAN MEYER, PLLC
2560 Huntington Avenue
Suite 204
Alexandria, VA 22303
(703) 775−8607
Fax: 804−403−7110
Email: lmachado@ohaganmeyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **BUFFY MIMS** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ROBIN BELL** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CHRISTIAN WHITE** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **BERNADETTE SARGEANT** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ROBERT WALKER** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SARA BLUMENTHAL** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **MARGARET CASSIDY** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **THOMAS GILBERTSEN** | represented by | **Leslie Paul Machado**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**WILLIAM HINDLE** represented by **Leslie Paul Machado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SHARON RICE−HICKS** represented by **Leslie Paul Machado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL TIGAR** represented by **Leslie Paul Machado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LESLIE SPIEGEL** represented by **Leslie Paul Machado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2024 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number 208399) with Jury Demand filed by LARRY KLAYMAN. (Attachments: # 1 Civil Cover Sheet)(zdp) (Entered: 10/23/2024) |
| 10/22/2024 | | SUMMONS Not Issued as to All Defendants (zdp) (Entered: 10/23/2024) |
| 10/28/2024 | 2 | MOTION for CM/ECF Password by LARRY KLAYMAN. (zdp) (Entered: 11/04/2024) |
| 01/02/2025 | | MINUTE ORDER. Upon consideration of the plaintiff's 2 Motion for CM/ECF User Name and Password, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the Clerk of the Court shall forthwith ISSUE a CM/ECF User Name and Password to the plaintiff. It is further ORDERED that the Clerk of the Court shall forthwith mail a copy of this Minute Order to the plaintiff's address on record. Signed by Judge Reggie B. Walton on January 2, 2025. (lcrbw3) (Entered: 01/02/2025) |
| 01/07/2025 | 3 | REQUEST FOR SUMMONS TO ISSUE filed by LARRY ELLIOT KLAYMAN. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons)(KLAYMAN, LARRY) (Entered: 01/07/2025) |
| 01/08/2025 | 4 | SUMMONS (14) Issued Electronically as to All Defendants. (Attachments: # 1 Notice and Consent)(znmw) (Entered: 01/08/2025) |

| | | |
|---|---|---|
| 01/22/2025 | 5 | WAIVER OF SERVICE. ROBIN BELL waiver sent on 1/14/2025, answer due 3/15/2025; SARA BLUMENTHAL waiver sent on 1/14/2025, answer due 3/15/2025; BOARD ON PROFESSIONAL RESPONSIBILITY waiver sent on 1/14/2025, answer due 3/15/2025; MARGARET CASSIDY waiver sent on 1/14/2025, answer due 3/15/2025; THOMAS GILBERTSEN waiver sent on 1/14/2025, answer due 3/15/2025; WILLIAM HINDLE waiver sent on 1/14/2025, answer due 3/15/2025; BUFFY MIMS waiver sent on 1/14/2025, answer due 3/15/2025; SHARON RICE−HICKS waiver sent on 1/14/2025, answer due 3/15/2025; BERNADETTE SARGEANT waiver sent on 1/14/2025, answer due 3/15/2025; LESLIE SPIEGEL waiver sent on 1/14/2025, answer due 3/15/2025; MICHAEL TIGAR waiver sent on 1/14/2025, answer due 3/15/2025; ROBERT WALKER waiver sent on 1/14/2025, answer due 3/15/2025; CHRISTIAN WHITE waiver sent on 1/14/2025, answer due 3/15/2025. (KLAYMAN, LARRY) (Entered: 01/22/2025) |
| 01/26/2025 | 6 | NOTICE of Appearance by Leslie Paul Machado on behalf of MARGARET CASSIDY, THOMAS GILBERTSEN, WILLIAM HINDLE, SHARON RICE−HICKS, MICHAEL TIGAR, LESLIE SPIEGEL, BOARD ON PROFESSIONAL RESPONSIBILITY, BUFFY MIMS, ROBIN BELL, CHRISTIAN WHITE, BERNADETTE SARGEANT, ROBERT WALKER, SARA BLUMENTHAL (Machado, Leslie) (Entered: 01/26/2025) |
| 03/14/2025 | 7 | MOTION to Dismiss by MARGARET CASSIDY, THOMAS GILBERTSEN, WILLIAM HINDLE, SHARON RICE−HICKS, MICHAEL TIGAR, LESLIE SPIEGEL, BOARD ON PROFESSIONAL RESPONSIBILITY, BUFFY MIMS, ROBIN BELL, CHRISTIAN WHITE, BERNADETTE SARGEANT, ROBERT WALKER, SARA BLUMENTHAL. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibit Table of Contents, # 3 Exhibit Board R&R excerpt, # 4 Exhibit Superior Court decision, # 5 Text of Proposed Order)(Machado, Leslie) (Entered: 03/14/2025) |
| 03/19/2025 | 8 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss by LARRY ELLIOT KLAYMAN. (KLAYMAN, LARRY) (Entered: 03/19/2025) |
| 03/26/2025 | | MINUTE ORDER. Upon consideration of the plaintiff's 8 Consent Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that, on or before April 28, 2025, the plaintiff shall file his opposition to the defendants' 7 motion to dismiss. Signed by Judge Reggie B. Walton on March 26, 2025. (lcrbw3) (Entered: 03/26/2025) |
| 04/28/2025 | 9 | Memorandum in opposition to re 7 MOTION to Dismiss filed by LARRY ELLIOT KLAYMAN. (KLAYMAN, LARRY) (Entered: 04/28/2025) |
| 05/05/2025 | 10 | REPLY to opposition to motion re 7 Motion to Dismiss, filed by ROBIN BELL, SARA BLUMENTHAL, BOARD ON PROFESSIONAL RESPONSIBILITY, MARGARET CASSIDY, THOMAS GILBERTSEN, WILLIAM HINDLE, BUFFY MIMS, SHARON RICE−HICKS, BERNADETTE SARGEANT, LESLIE SPIEGEL, MICHAEL TIGAR, ROBERT WALKER, CHRISTIAN WHITE. (Attachments: # 1 Exhibit D (Superior Court complaint))(Machado, Leslie) (Entered: 05/05/2025) |
| 05/14/2025 | 11 | MOTION for Preliminary Injunction by LARRY ELLIOT KLAYMAN. (KLAYMAN, LARRY) (Entered: 05/14/2025) |
| 05/20/2025 | 12 | ORDER. In accordance with the attached Order, it is hereby ORDERED that the 11 Plaintiff's Motion for Preliminary Injunction is DENIED WITHOUT PREJUDICE. |

| | | |
|---|---|---|
| | | While the plaintiff is proceeding pro se, he is nonetheless an attorney. Indeed, the plaintiff's status as an attorney is fundamental to his claims in this case. The plaintiff, in filing his seventy−page motion for a preliminary injunction, failed to comply with the page limitations set forth in the United States District Court for the District of Columbia Local Civil Rule ("LCvR") 7(e). Specifically, he filed this motion in excess of the page limit without first seeking leave of court to do so. Given that the plaintiff is both an attorney and himself cites to LCvR 65.1 in his motion, the Court concludes that it must deny the plaintiff's motion without prejudice due to its non−compliance with LCvR 7(e). Signed by Judge Reggie B. Walton on May 20, 2025. (lcrbw3) (Entered: 05/20/2025) |
| 05/20/2025 | 13 | MOTION for Reconsideration re 12 Order on Motion for Preliminary Injunction,,, by LARRY ELLIOT KLAYMAN. (KLAYMAN, LARRY) (Entered: 05/20/2025) |
| 05/22/2025 | 14 | ORDER. In accordance with the attached Order, it is hereby ORDERED that the 13 Plaintiff's Expedited Motion for Reconsideration is GRANTED. It is further ORDERED that the 11 Plaintiff's Motion for Preliminary Injunction is REINSTATED. It is further ORDERED that, on or before May 23, 2025, the defendants shall file their opposition to the 11 Plaintiff's Motion for Preliminary Injunction, should they wish to do so. It is further ORDERED that, on May 27, 2025, at 10:00 a.m., the parties shall appear before the Court for a hearing on the 11 Plaintiff's Motion for Preliminary Injunction. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Signed by Judge Reggie B. Walton on May 22, 2025. (lcrbw3) (Entered: 05/22/2025) |
| 05/22/2025 | 15 | GENERAL ORDER FOR CIVIL CASES BEFORE THE HONORABLE REGGIE B. WALTON. Signed by Judge Reggie B. Walton on May 22, 2025. (lcrbw3) (Entered: 05/22/2025) |
| 05/22/2025 | 16 | REVISED ORDER. The 14 version of this Order that was issued at ECF No. 14 was mistakenly filed prematurely. The Court is replacing that 14 version of the Order with the instant Revised Order. In accordance with the attached Revised Order, it is hereby ORDERED that the 13 Plaintiff's Expedited Motion for Reconsideration is GRANTED. It is further ORDERED that the 11 Plaintiff's Motion for Preliminary Injunction is REINSTATED. It is further ORDERED that, on or before May 23, 2025, the defendants shall file their opposition to the 11 Plaintiff's Motion for Preliminary Injunction, should they wish to do so. It is further ORDERED that, on May 27, 2025, at 10:00 a.m., the parties shall appear before the Court for a hearing on the 11 Plaintiff's Motion for Preliminary Injunction. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Signed by Judge Reggie B. Walton on May 22, 2025. (lcrbw3) (Entered: 05/22/2025) |
| 05/22/2025 | 17 | RESPONSE re 11 MOTION for Preliminary Injunction filed by ROBIN BELL, SARA BLUMENTHAL, BOARD ON PROFESSIONAL RESPONSIBILITY, MARGARET CASSIDY, THOMAS GILBERTSEN, WILLIAM HINDLE, BUFFY MIMS, SHARON RICE−HICKS, BERNADETTE SARGEANT, LESLIE SPIEGEL, MICHAEL TIGAR, ROBERT WALKER, CHRISTIAN WHITE. (Attachments: # 1 Exhibit DCCA Docket, # 2 Text of Proposed Order)(Machado, Leslie) (Entered: 05/22/2025) |
| 05/23/2025 | 18 | NOTICE of Appearance by Jessica N. Krupke on behalf of DISTRICT OF COLUMBIA COURT OF APPEALS (Krupke, Jessica) (Entered: 05/23/2025) |

| | | |
|---|---|---|
| 05/23/2025 | 19 | Memorandum in opposition to re 11 MOTION for Preliminary Injunction filed by DISTRICT OF COLUMBIA COURT OF APPEALS. (Attachments: # 1 Text of Proposed Order)(Krupke, Jessica) (Entered: 05/23/2025) |
| 05/23/2025 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DISTRICT OF COLUMBIA COURT OF APPEALS served on 5/15/2025 (KLAYMAN, LARRY) (Entered: 05/23/2025) |
| 05/27/2025 | | Minute Entry for proceedings held before Judge Reggie B. Walton: Preliminary Injunction Hearing held on 5/27/2025. Oral arguments heard. The Court denies the 11 Plaintiff's Motion for Preliminary Injunction, for the reasons set forth on the record. (Court Reporter: Chandra Kean) (zalh) (Entered: 05/27/2025) |
| 05/27/2025 | 21 | Plaintiff's Exhibit List. (zalh) (Entered: 05/27/2025) |
| 05/27/2025 | 22 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to Preliminary Injunction, by LARRY ELLIOT KLAYMAN. Filing fee $ 605, receipt number BDCDC−11715846. Fee Status: Fee Paid. Parties have been notified. (KLAYMAN, LARRY) Modified event title on 5/28/2025 (znmw). (Entered: 05/27/2025) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY KLAYMAN<br><br>Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA COURT OF APPEALS, et al<br><br>Defendants. | **Case No.: 1:24-cv-02997** |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Larry Klayman hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit the Court's May 27, 2025 Minute Order denying Plaintiff's Motion for Preliminary Injunction.

Date: May 27, 2025

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

*Pro Se*

**CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, May 27, 2025 a copy of the foregoing was served counsel for all parties via the Court's ECF procedures.

*/s/ Larry Klayman*