IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>                Plaintiff,<br>v.<br><br>DISTRICT OF COLUMBIA COURT OF APPEALS, et al<br><br>                Defendants. | Case No.: 1:24-cv-02997 |

## PLAINTIFF'S NOTICE OF INVALIDITY OF ORDER AND MEMORANDUM OPINION OF MAY 28, 2025

Plaintiff Larry Klayman puts this Court on notice that its Order and Memorandum Opinion filed on May 28, 2025, a day after Mr. Klayman appealed this Court's order denying his Motion for Preliminary Injunction on May 27, 2025, which order of May 27, 2025 relied on the Court's rulings at the hearing on May 27, 2025, ECF No. 22, is null and void, as jurisdiction had already been removed from this Court as the matter was then on appeal to the U.S. Court of Appeals for the District of Columbia Circuit.

This ex post facto and strained attempt to try to incorrectly justify the Court's erroneous dismissal on May 27, 2025, is thus of no force or effect, and in fact effectively admits the factual and legal errors committed at the hearing on May 27, 2025, which prejudicially deprived Mr. Klayman of due process of law and his other legal rights.

Date: May 29, 2025                                     Respectfully submitted,

                                                                        */s/ Larry Klayman*
                                                                        Larry Klayman, Esq.
                                                                        Klayman Law Group P.A.
                                                                        7050 W. Palmetto Park Rd

1

Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

*Pro Se*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, May 29, 2025 a copy of the foregoing was served counsel for all parties via the Court's ECF procedures.

*/s/ Larry Klayman*

2