## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| LARRY KLAYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 24-2997 (RBW) |
| DISTRICT OF COLUMBIA ) | |
| COURT OF APPEALS, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## <u>ORDER</u>

On October 22, 2024, the plaintiff, Larry Klayman, an attorney and resident of Florida who is currently facing disciplinary proceedings before the District of Columbia Bar and is proceeding <u>pro se</u> in this case, brought this civil action against the defendants—the District of Columbia Court of Appeals, which is responsible for adjudicating disciplinary matters involving attorneys licensed to practice law in the District of Columbia; the District of Columbia Board on Professional Responsibility (the "Board"); the members of the Board (the "Board Defendants"), namely, Sara Blumenthal, Margaret Cassidy, Thomas Gilbertsen, William Hindle, Sharon Rice-Hicks, Bernadette Sargeant, Leslie Spiegel, Michael E. Tigar, and Robert Walker; and the members of the Ad Hoc Hearing Committee (the "AHHC"), which the plaintiff represents "preside[s] over disciplinary hearings [and is] appointed by the Board[,]" namely, Robin Bell, Buffy Mims, and Christian White.  Complaint ("Compl.") ¶¶ 3–17, ECF No. 1.  On March 14, 2025, the defendants filed a motion to dismiss the Complaint.  <u>See</u> Board on Professional Responsibility, Robin Bell, Sara Blumenthal, Margaret Cassidy, Thomas Gilbertsen, William

Hindle, Buffy Mims, Sharon Rice-Hicks, Bernadette Sargeant, Leslie Spiegel, Michael E. Tigar, Robert Walk, and Christian White's Motion to Dismiss Plaintiff's Complaint at 1, ECF No. 7.

Subsequently, on May 14, 2025, the plaintiff filed a motion for a preliminary injunction seeking to enjoin the defendants from further consideration of the ongoing disciplinary action against him and that is the subject of this case.  See Plaintiff's Motion for Preliminary Injunction at 3, ECF No. 11.  On May 27, 2025, the Court held a hearing on the plaintiff's motion for a preliminary injunction and, at the conclusion of the hearing, orally denied the motion.  See Minute Entry (May 27, 2025).  The next day, the Court issued a written Memorandum Opinion and Order memorializing its ruling.  See generally Memorandum Opinion (May 28, 2025), ECF No. 26; Order (May 28, 2025), ECF No. 27.  After the Court issued its oral rulings but before the issuance of its written Memorandum Opinion, the plaintiff filed an interlocutory appeal in the District of Columbia Circuit for review of the Court's denial of his preliminary injunction.  See Notice of Appeal at 1, ECF No. 23.

Because the Circuit's pending decision on the plaintiff's interlocutory appeal will likely have a considerable impact on how this case proceeds, specifically, the Court's resolution of the defendants' pending motion to dismiss, the Court will deny without prejudice the defendants' motion to dismiss pending resolution of the interlocutory appeal.

Accordingly, it is hereby

**ORDERED** that the Board on Professional Responsibility, Robin Bell, Sara Blumenthal, Margaret Cassidy, Thomas Gilbertsen, William Hindle, Buffy Mims, Sharon Rice-Hicks, Bernadette Sargeant, Leslie Spiegel, Michael E. Tigar, Robert Walk, and Christian White's

Motion to Dismiss Plaintiff's Complaint, ECF No. 7, is **DENIED WITHOUT PREJUDICE**

pending the resolution of the interlocutory appeal.[1]  It is further

      **ORDERED** that the plaintiff shall notify the Court within seven days of the issuance of

the District of Columbia Circuit's mandate issued in response to his interlocutory appeal.

      **SO ORDERED** this 3rd day of March, 2026.

                        REGGIE B. WALTON
                        United States District Judge

---

[1] Upon the issuance of the Circuit's mandate in response to the plaintiff's interlocutory appeal, the defendants may seek to have their motion to dismiss the Amended Complaint reinstated.