**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN

         Plaintiff,

v.

DISTRICT OF COLUMBIA COURT OF
APPEALS, et al

         Defendants.

**Case No.: 1:24-cv-02997**

### PLAINTIFF'S NOTICE ISSUANCE OF MANDATE

Pursuant to the Court's order of March 3, 2026, Plaintiff Larry Klayman notifies the Court that the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit") has issued is mandate in the interlocutory appeal with regard to the Court's denial of Mr. Klayman's Motion for Preliminary Injunction. *Klayman v. District of Columbia Court of Appeals at al*, 25-7079. Importantly, the D.C. Circuit has also stayed consideration of the issued of reciprocal discipline with regard to the disciplinary matter at issue in this case, in *In re Klayman*, 24-BG-689 (D.C. Ct. App.), pending the resolution of this case.

Date: April 27, 2026

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

*Pro Se*

1

2

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, April 27, 2026  a copy of the foregoing was served counsel for all parties via the Court's ECF procedures.

*/s/ Larry Klayman*